No. 212.   DAEDA, Respondent, v. WISCONSIN REAL ESTATE EXAMINING BOARD, Appellant.

(Also reported in 221 N. W. 2d 919.)

The cause was submitted for the appellant on the briefs of *Robert W. Warren,* attorney general, and *John William Calhoun,* assistant attorney general, and for the respondent on the brief of *Clinton J. Finnegan, Roger W. Finnegan,* and *Finnegan & Finnegan,* all of Milwaukee.

The judgment is affirmed.